**Electronically Filed
Supreme Court
SCMF-12-0000538
03-MAY-2016
05:04 PM**

NO. SCMF-12-0000538

SUPREME COURT OF THE STATE OF HAWAIʻI

---

In the Matter of the
FEBRUARY 2016 EXAMINATION FOR ADMISSION
TO THE BAR OF THE STATE OF HAWAIʻI

---

<u>NOTICE OF PASSING THE HAWAIʻI BAR EXAMINATION</u>

The applicants listed below are hereby notified that each has passed the

February 2016 Hawaiʻi examination for admission to the Bar of the State of Hawaiʻi, as

required by Rule 1.3(g)(1) of the Rules of the Supreme Court of the State of Hawaiʻi

(RSCH):

Marissa Lynne Abraham
Remy Kealohiokailiwai Akina
Anmar Alnagem
Lisa Ann Altman
Stephen Deutsch Atwell
Sarah Elizabeth Beamer
Angela Marie Berry
Kirsten Marie Blume
Jeffrey Bruce Bott
Stephen Robert Brzezinski
Charissa Baradi Cabrera
Sharon Paris Cacurak
Sarah Kay Zaleski Campbell
Paula Kay Canny
Ian Andrew Carter
Nicholas Adam Corrado
Jeffrey William Daly

Michelle Chi Dickinson
Christopher George Mulligan Fargo-Masuda
Sarah Baker Faust
Christopher Ryan Fromm
Jennifer Leigh Gitter
Melissa Dale Goldman
Jay Mark Goldstein
Fern Ann Nicole Grether
Dylan Drummond Grimes
Ginger Lee Grimes
Charles Carter Hall
Dana Michi Harada
Midori Kristina Hirai
Angelic Malia Ho
William Dee Houser
Judy Mutsuye Iriye
Kristin Nicole Ivanco

-1-

Shauna Lee Keanuenueokekoʻolau Kahiapo
Ryan Mark Kaufman
Daniel Ken Kikawa
Duane Michael Kokesch
Lee Ying Kwok
Roy Hyuk Kwon
Tuan Nha Nguyen La
Daniel Richard Lam
David Bartley Leas
Joanne Jaewon Lee
Stacy Yu-Hao Kanani Ma
Christina Claire Benton MacLeod
Juliette Bowen McCullough
Matthew Thomas McDonnell
Nicholas Matthew McLean
Brandon Yoshiyuki Moriki
David Alan Morris
Brian Thomas Morrow
Serena Lucile O'Grady
Gregory William O'Neill
Elizabeth Eve O'Sullivan
John Robert Odle
Melanie Katsue Oyama
Jedediah Oscar Peterson
Philip Lansdale Pillsbury, Jr.
Sandra Ann Kauionalani Pratt-Aquino
Kenji Marcel Price
Sabrina Piilani Robello
Ian Rowe Ross

Kahlan Charles Salina
Sara Lynn Santilli
Pamela Jean Scholefield
Pamela Lynn Schultz
Noel Kaleikalaunuokaʻoiaʻiʻo Shaw
Eric Thomas Sievers
Steven Slavitt
Kristen Briane Kananiuʻilani Souza
Bradley Jordan Sova
Wing Shan Suen
Barry Sullivan
Ellen Andrea Swick
Gina May Szeto
Khaled Taqi-Eddin
Louise Lafitaga Togiai
Jonathan Kepoʻo Kapiliela Derby Tungpalan
Daniel Caille Vermillion
James Jonathan Wade
Mike Senning Wallerstein
Dean Hsu-Tsun Wang
Joyce Chungwhei Wang
Christine Sachiko Khim West
Leslie Anne Wilkes
Aaron Kahauoliokuupuuwai Wills
Brent Kahanaumaikai Wilson
Siiri Aileen Wilson
Danielle Marie Wrick
Nicole Anne Zens
Nancy Hong Jiao Zhao

Each applicant is reminded that, until he or she has met all other requirements as set forth in RSCH Rule 1.3, and has been admitted to practice law by the Supreme Court of the State of Hawaiʻi, that applicant may not engage in the practice of law in this jurisdiction.

DATED: Honolulu, Hawaiʻi, May 3, 2016.

BOARD OF EXAMINERS

By: /s/ Rochelle R.T. Kaui
Its Secretary

